[No. 48596-2-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAHN CHERKASHIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08342-1, Carol A. Schapira, J., entered April 30, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48634-9-I.   Division One.   September 16, 2002.]

JACK SCHMELZER, *Appellant*, v. UNIVERSITY MOVING AND STORAGE, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 99-2-14698-1, William L. Downing, J., entered April 6 and 26, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.

[No. 48933-0-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE CRAMM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01060-0, Joseph A. Thibodeau, J., entered June 29, 2001. *Affirmed* by unpublished per curiam opinion. Now published at 114 Wn. App. 170.

[No. 48934-8-I.   Division One.   September 16, 2002.]

THE CITY OF LYNNWOOD, *Appellant*, v. THE ALDERWOOD WATER AND WASTEWATER DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-02828-4, Larry E. McKeeman, J., entered July 17, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Ellington, J.